AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Nevada

YIGREMEW TEMESGEN,            )

*Plaintiff(s)*

v.                                                   Case No.:

UNITED STATES CITIZENSHIP AND             )
IMMIGRATION SERVICES; MERRICK            )     COMPLAINT FOR WRIT OF
GARLAND, in his Official Capacity,                )     MANDAMUS AND COMPLAINT
Attorney General; UNITED STATES                  )     UNDER ADMINISTRATIVE
DEPARTMENT OF STATE; ANTHONY           )     PROCEDURE ACT
BLINKEN, in his Official Capacity,                  )
Secretary of State; U.S. CONSULATE in          )     Immigration Case
ETHIOPIA; CHIEF, IMMIGRANT VISA          )
SECTION, In Ethiopia; JOHN DOE,                 )
Consular Officer, Ethiopia,                              )

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   US Attorney' Office (in the district where the case was filed)
District of Nevada
U.S. Attorney's Office
501 Las Vegas Boulevard South Suite 1100
Las Vegas, NV 89101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SHAINA PLAKSIN
IMMIGRATION LEGAL CONSULTING LLC
8275 S. EASTERN AVE., STE 200
LAS VEGAS, NEVADA 89123

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

❒ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)*, _____ who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: