Shaina Plaksin, Esq. (NV Bar #13935)
**IMMIGRATION LEGAL CONSULTING, LLC**
8275 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123
Phone: (702) 707-4959
Shaina@702immigration.com
*Attorney for the Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| YIGREMEW TEMESGEN,<br><br>    Plaintiff,<br><br>    V.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; MERRICK GARLAND, in his Official Capacity, Attorney General; UNITED STATES DEPARTMENT OF STATE; ANTHONY BLINKEN, in his Official Capacity, Secretary of State; U.S. CONSULATE in ETHIOPIA; CHIEF, IMMIGRANT VISA SECTION, In Ethiopia; JOHN DOE, Consular Officer, Ethiopia,<br><br>    Defendants. | Case No.: 2:23-cv-02119<br><br>CERTIFICATE OF INTERESTED PARTIES (LR II 7.1-1)<br><br><u>Immigration Case</u> |

The undersigned, counsel of record for Plaintiff Yigremew Temesgen, hereby certifies that no other known parties or entities have a direct pecuniary interest in the outcome of this case.

1

These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.

Dated: December 26, 2023

    RESPECTFULLY SUBMITTED this December 26, 2023,

> By /s/ *Shaina Plaksin*
> Shaina Plaksin, Esq. (NV Bar #13935)
> Attorney at Law
> **IMMIGRATION LEGAL CONSULTING, LLC**
> 8275 S. Eastern Ave., Ste. 200
> Las Vegas, NV 89123
> Phone: (702) 707-4959
> Shaina@702immigration.com
>
> *Attorney for the Plaintiff*