JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6530
Skyler.pearson@usdoj.gov

*Attorneys for Federal Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Yigremew Temesgen,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>United States Citizenship and Immigration Services; Merrick Garland, in his Official Capacity Attorney General; United States Department of State; Anthony Blinken, in his Official Capacity, Secretary of State; U.S. Consulate in Ethiopia; Chief, Immigrant Visa Section, in Ethiopia; John Doe, Consular Officer, Ethiopia,<br><br>　　　　Defendants. | Case No. 2:23-cv-02119-CDS-DJA<br><br>**Stipulation and Order to Extend Federal Defendants' Deadline to Answer or otherwise Respond to Plaintiff's Complaint for Writ of Mandamus and Complaint Under Administrative Procedure Act (ECF No. 1)**<br><br>**(First Request)** |

Plaintiff, Yigremew Temesgen, through counsel and the United States of America, on behalf of Federal Defendants, through counsel, hereby agree and stipulate to extend the deadline to answer or otherwise respond to Plaintiff's Complaint for Writ of Mandamus and Complaint Under Administrative Procedure Act by 30 days, until **May 1, 2024**. The parties enter into this stipulate based on the following:

　　1.　　Plaintiff filed the Complaint on December 26, 2023 (ECF No. 1).

2. Plaintiff served the United States with a copy of the Summons and Complaint on January 31, 2024.

3. The current deadline for Federal Defendants to answer or otherwise respond is April 1, 2024.

4. Since the filing and service of the Complaint, the parties have engaged in actions that may resolve the issues in this case without the Court's intervention. Those actions include the agency's issuance of a Notice of Intent to Revoke ("NOIR") on February 5, 2024, and Plaintiff responding to the NOIR. The agency has reviewed Plaintiff's response and plans on making a decision on the NOIR.

5. The requested 30-day extension will allow the parties additional time to allow the agency and Plaintiff to work towards a possible resolution on the administrative side.

6. Should the parties be able to resolve the matter without further litigation, a dismissal will follow. Should the parties be unable to resolve the matter without Court interventions, Federal Defendants will move forward with responding to the Complaint on or before May 1, 2024. Accordingly, the parties believe good cause exists for the extension sought due to the interests of judicial economy and the parties' resources.

///
///
///
///
///
///
///

Therefore, Federal Defendants request that the Court extend the deadline for them to answer or otherwise respond to **May 1, 2024**.

Respectfully submitted this 29th day of March 2024.

| | |
|---|---|
| IMMIGRATION LEGAL CONSULTING, LLC | JASON M. FRIERSON<br>United States Attorney |
| */s/ Shaina Plaksin*<br>SHAINA PLAKSIN, ESQ.<br>8275 S. Eastern Ave., Ste. 200<br>Las Vegas, Nevada 89123<br><br>*Attorney for Plaintiff* | */s/ Skyler H. Pearson*<br>SKYLER H. PEARSON<br>Assistant United States Attorney<br><br>*Attorneys for the United States* |

**IT IS SO ORDERED**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: 4/2/2024

3